UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :      INDICTMENT

    -v.-                             :      07

MARCO ANTONIO GONZALEZ-GOROTIZA,     :
    a/k/a Oscar Matos-Castillo,
    a/k/a Oscar Castillios,         :
    a/k/a Pedro Infante,
    a/k/a Felix Palacio,            :
    a/k/a Felix Palacios,
    a/k/a Marco Gonzalez            :
    a/k/a Marcos Gonzalez,
    a/k/a Alberto Ordonez,

                Defendant.   :

- - - - - - - - - - - - - - - - - - x



07 CRIM 1046

COUNT ONE

The Grand Jury charges:

On or about December 30, 2006, in the Southern District of New York and elsewhere, MARCO ANTONIO GONZALEZ-GOROTIZA, a/k/a Oscar Matos-Castillo, a/k/a Oscar Castillios, a/k/a Pedro Infante, a/k/a Felix Palacio, a/k/a Felix Palacios, a/k/a Marco Gonzalez, a/k/a Marcos Gonzalez, a/k/a Alberto Ordonez, the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about April 17, 1996, in New York Supreme Court, New York County, for burglary in the third degree, a violation of New York Penal Law 140.20, without having obtained the express consent of the

Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____     _____
FOREPERSON                                      MICHAEL J. GARCIA
                                                United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**MARCO ANTONIO GONZALEZ-GOROTIZA,**

a/k/a Oscar Matos-Castillo,
a/k/a Oscar Castillios,
a/k/a Pedro Infante,
a/k/a Felix Palacio,
a/k/a Felix Palacios,
a/k/a Marco Gonzalez
a/k/a Marcos Gonzalez,
a/k/a Alberto Ordonez,

**Defendant.**

---

**INDICTMENT**

07 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

---

*[handwritten: Nov 14, 2007 / Indictment Filed / Case assigned to Judge Castel / Freeman, USMJ]*