UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

MEDICAL ATTENTION FORM

DATE: 11/29

DEFENDANT: Marco Antonio Gonzalez -- Martinez

DOCKET #: 07 Cr. 1046

TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL CENTER,
THE METROPOLITAN DETENTION CENTER,
OR ANY OTHER DETENTION FACILITY:

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information requiring medical attention for the defendant was disclosed:

- prostate/kidney/liver problems
- takes FLOMAX
- kidney
- operation scheduled at Bellevue for his liver
- Diabetes

_____
United States Magistrate Judge

[ELECTRONICALLY FILED NOV 29 2007]