AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 07-CR-1046

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARCO GONZALEZ-GORATIZA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/19/2007 | _(signature)_ |
| Date | Signature |
| | HUGH M. MUNDY     9500 |
| | Print Name     Bar Number |
| | 52 DUANE STREET, TENTH FLOOR |
| | Address |
| | NEW YORK     NY     10007 |
| | City     State     Zip Code |
| | (212) 417-8700     (212) 571-0392 |
| | Phone Number     Fax Number |