

U.S. Department of Justice

United States Attorney
Southern District of New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

April 7, 2008

Sentencing adjourned from April 10 to April 14, 2008 at 11:00am.
SO ORDERED
4-7-08

Via Facsimile

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Marco Antonio Gonzalez-Gorotiza*
07 Cr. 1046 (PKC)

Dear Judge Castel,

I write in response to the letter of April 3, 2008, submitted by defense counsel on behalf of the defendant in the captioned case. In the letter, defense counsel raises a significant objection to the Pre-Sentence Investigation Report ("PSI") in advance of the sentencing of the defendant, which currently is scheduled to take place on April 10, 2008. The Government has not yet had the opportunity to fully evaluate the merits of the defendant's objection. Accordingly, the Government requests an adjournment of the sentencing until on or after April 14, 2008, to permit evaluation of the objection raised by the letter. Defense counsel consents to the adjournment on behalf of his client.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Howard S. Master
Assistant United States Attorney
212-637-2248

cc: Hugh Mundy, Esq., Federal Defenders